IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-248-D

| | | |
|---|---|---|
| MELODY LAMBERT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SMITH & NEPHEW, INC., | ) | |
| | ) | |
| Defendant. | ) | |

On March 21, 2025, defendant moved to dismiss [D.E. 13] this long-pending case for lack

of prosecution and filed a memorandum in support [D.E. 14]. On April 7, 2025, plaintiff responded

pro se, said she could not locate counsel to represent her, and asked the court not to dismiss the

action [D.E. 16].

For the reasons stated in defendant's memorandum of law [D.E. 14] in support of its motion

to dismiss, the court GRANTS defendant's motion to dismiss [D.E. 13]. The clerk SHALL close

the case.

SO ORDERED. This 14 day of May, 2025.

JAMES C. DEVER III
United States District Judge