UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MELODY LAMBERT, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SMITH & NEPHEW, INC., ) <br> ) <br> ) <br> ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 5:17-CV-248-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that for the reasons stated in defendant's memorandum of law [D.E. 14] in support of its motion to dismiss, the court GRANTS defendant's motion to dismiss [D.E. 13]. The clerk SHALL close the case.

<u>This Judgment filed and entered on May 14, 2025, and copies to:</u>
Melody Lambert      (via US Mail to 4262 Cobleskill Drive, Leland, NC  28451)


May 14, 2025

Peter A. Moore, Jr.
Clerk of Court


By: /s/ Stephanie Mann
Deputy Clerk